IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **TIMOTHY PETER BAKER,** | : |
| Plaintiff, | : |
| vs. | :    CA 09-0036-CG-C |
| **JANET NAPOLITANO, Secretary** **United States Department of Homeland Security,** | : : |
| Defendant. | : |

## JUDGMENT

In accordance with the order entered on this date, it is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that the defendant's motion to dismiss (Docs. 7, 8) be **GRANTED** and that this action be **DISMISSED WITH PREJUDICE** as this Court lacks subject-matter jurisdiction.

**DONE and ORDERED** this 11th day of June, 2009.

/s/ Callie V. S. Granade
CHIEF UNITED STATES DISTRICT JUDGE