IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **TIMOTHY PETER BAKER,** | * |
| | * |
| **Plaintiff,** | * |
| | * |
| v. | *   **CIVIL ACTION NO. 09-0036-CG-C** |
| | * |
| **JANET NAPOLITANO,** | * |
| Secretary, U. S. Department of Homeland | * |
| Security | * |
| | * |
| **Defendant.** | * |

### ORDER

On June 11, 2009 this court dismissed with prejudice plaintiff's complaint for lack of subject-matter jurisdiction. On July 13, 2009 plaintiff filed an Informal Brief of Pro Se Appellee/Respondent (Doc. 30) with the United States Court of Appeals for the Federal Circuit. The brief has been forwarded to this court for review. After consideration, the brief is construed as a Notice of Appeal and the Clerk is directed to transfer the appeal pursuant to 28 U.S.C. § 1631 to the United States Court of Appeals for the Federal Circuit.

**DONE and ORDERED** this 18th day of August, 2009.

/s/ Callie V. S. Granade
CHIEF UNITED STATES DISTRICT JUDGE